**Aimee R. Morris, Esq., SBN 141699**
**9948 Hibert St, Ste 103**
**San Diego, CA  92131**
**Tel:    (619)991-0548**
**Fax:    (858)207-6954**
**Email:  armmorris@aol.com**

Attorney for Defendants
BUDZIK & DYNIA, LLC
JEFFREY J. BUDZIK, and
ALFRED STANLEY DYNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNAI
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BARON J. RICKMAN,<br><br>         Plaintiff,<br><br>    vs.<br><br>BUDZIK & DYNIA, LLC, an Illinois limited liability company; JEFFREY J. BUDZIK, individually and in his official capacity; and ALFRED STANLEY DYNIA, individually and in his official capacity,<br><br>         Defendants. | **CASE NO. CV11-0952 JCS**<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE &**<br><br>**[PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff, BARON J. RICKMAN ("Plaintiff"), by and through his attorney of record, Fred W. Schwinn of the Consumer Law Center, and Defendants BUDZIK & DYNIA, LLC, JEFFREY J. BUDZIK, and ALFRED STANLEY DYNIA (hereinafter collectively known as "Defendants"), by and through their attorney of record, Aimee R. Morris, as follows:

   1.   That the case management conference is currently scheduled for June 3, 2011, at 1:30 p.m. in Courtroom A, of the above-entitled court.

2. By this Stipulation, the parties seek to continue the case management conference date of this matter due to the fact that Defendants' legal representative Aimee R. Morris would be unable to attend on June 3, 2011, due to a trial date in the Superior Court matter of CHL Holdings, Inc. v. Holland, Case No. 37-2011-00034274-CL-UD-EC, which will be held in Dept. 20 in El Cajon, CA on June 3, 2011, at 1:30 p.m.

3. Both parties are amenable to the case management conference being continued to June 24, 2011, at 1:30 p.m. with all orders related to telephonic appearance remaining otherwise in effect.

Dated:  May 23, 2011          /s/ Fred W. Schwinn, Esq.
                              Fred W. Schwinn, Esq.
                              Attorney for Plaintiff BARON J. RICKMAN


Dated:  May 23, 2011          /s/ Aimee R. Morris, Esq.
                              Aimee R. Morris, Esq.
                              Attorney for Defendants BUDZIK & DYNIA, LLC,
                              JEFFREY J. BUDZIK, and
                              ALFRED STANLEY DYNIA

### **ORDER**

IT IS SO ORDERED that the case management conference of this matter currently scheduled for June 3, 2011, at 1:30 p.m., shall be continued to June 24, 2011, at 1:30 p.m. in Courtroom A. Both sides may still appear telephonically as previously ordered.

Dated:  June 1, 2011          _____
                              Hon. Magistrate Joseph C. Spero



STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
& ORDER THEREON                                    Case No. CV11-00952-JCS