UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARON RICKMAN,

    Plaintiff(s),

  v.

BUDZIK & DYNIA, LLC ET AL,

    Defendant(s).

No. C 11-00952 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on October 14, 2011, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Defendant appear on **November 18, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why default of the Defendants should not be entered. The hearing on Plaintiff's Motion to Enforce Settlement, and a further case management conference is also scheduled for November 18, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge