1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6     BARON J. RICKMAN,                          Case No.  C11-00952 JCS

7              Plaintiff(s),

                                                 **ORDER VACATING ORDER TO**
8         v.                                     **APPEAR BY PHONE [Docket No. 44]**

9      BUDZIK & DYNIA, LLC ET AL, ET AL.,

10             Defendant(s).
      _____/

11

12        IT IS HEREBY ORDERED that the Order Granting Plaintiff's Motion for Telephonic

13   Appearance, docket no. 44, is hereby VACATED.  Lead trial counsel for Plaintiff, and lead trial

14   counsel for  Defendant, shall appear in person for the hearing on the Motion to Enforce Settlement.

15        IT IS SO ORDERED.

16

17   Dated:  November 15, 2011

18                                              _____

19                                              JOSEPH C. SPERO
                                                United States Magistrate Judge
20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California